NORTHERN DISTRICT OF ALABAMA

FREDERICK ANTONIO FORD
PLAINTIFF,

V.

LEUTNATE-BAKER, +
OFFICER JONES
DEFENDANTS

2020 DEC 22

Civil Action No. N/A

4:20-CV-2051-RDP-GMB

## JURISDICTION & VENUE

This is a Civil Action Authorized by 42 U.S.C. Section 1983 to Redress the Deprivation, under Color of State Law, of Rights Secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (A)(3). Plaintiff Ford seeks Declaratory Relief Pursuant to Injunctive 28 U.S.C. Section 2201 and 2202. Plaintiff Ford seek ~~relief~~ are Authorized by 28 U.S.C. Section 2283 + 2284 and Rule 65 of the Federal Rules of Civil Procedure.

Appropriate Venue. The Northern District of Alabama is an is where the Events giving Rise to this Claim occured.

## PLAINTIFF

Plaintiff Ford, Is and was at all times mention Herein A Prisoner of the State of Alabama In the Custody of the Alabama Department of Corrections and Is Currently Confined In ~~███~~ Alabama State Prison In Springville Alabama

## DEFENDANTS

Defendant: (Leutenant-Baker Is A Supervisor For The Alabama Department of Correction He Is Legally Responsible For The Operation of Officer's On His Shift.

Defendant: Officer Jones Is A Correctional Officer of The Alabama Department of Corrections Who At All Times Mention In This Complaint, Held The Rank of Prison Guard

Each defendant is sued individually and in his official capacity. At all times mention in this complaint, each defendant acted under the color of state law

## Facts

On date: 12-10-2020 I was schedule to visit infirmary for sick call visit on this same exact date I went to the infirmary to sick call nurse because a rash had occurred on private area of penis the nurse asked me to pull down pants so she can review the rash, she then seen the rash and prescribed me medicated cream as I was pulling up my pants and went out of the door the infirmary officer called for me to come back inside so I followed orders and came back inside he then stated to me to put my hands behind my back so I can be handcuffed for indecent exposer as I was trying to explain to him that he was mistaken what took place he slammed me to the floor and handcuffed me to the back and called for the other officer's to come he then lifted me off the floor and excorted me to the upper part of the infirmary to get body chart as I was sitted in the chair awaiting body chart (officer-Jones and Leutinate-Baker) come inside the door officer-Jones stated to me to stand up so I stood up while handcuffed behind back he then hit me in the face repeatedly throwed me on the ground and kicked me in the shoulder, face and back. my lips was busted, shoulders dislocated and teeth chip a body chart was done and 12-pictures was taken of me I feared for my life and was scared so I tried to kill my and went to a suicide cell the same exact date 12-10-2020.

## Exhauston of Legal Remedies

The same exact date the (Warden-Baldin) visit the suicide cell I was in and asked me to write a statement I wrote a statement of facts and gave it to him. Including everything that took place but never did recieved justice.

## Claims

DEFENDANT: OFFICER JONES USED EXCESSIVE FORCE AGAINST PLANTIFF FORD, BY PUNCHING HIM AND KICKING HIM IN THE FACE SHOULDERS, AND BACK THE ENTIRE TIME PLANTIFF WAS RESTRAIN IN HANDCUFFED BEHIND BACK WHEN PLANTIFF FORD WAS NOT VIOLATING ANY PRISON RULE, AND WAS NOT ACTING DISRUPTIVELY. DEFENDANT-OFFICER JONES ACTION VIOLATED PLANTIFF FORD RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTIONAL AND CAUSED PLANTIFF FORD PAIN, SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS.

BY WITNESSING DEFENDANT JONES ILLEGAL ACTION, FAILING TO CORRECT THAT MISCONDUCT, AND ENCOURAGING THE CONTINUATION OF THE MISCONDUCT, (DEFENDANT: LEUTENANT BAKER IS ALSO VIOLATING PLANTIFF FORD RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATE CONSTITUTION AND CAUSING PLANTIFF FORD PAIN, SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS. PLANTIFF HAS ALREADY BEEN DIAGNOSE WITH AN (P.T.S.D./STRESS DISORDER) FOR NEARLY 5-YEARS NOW.

### PRAYER FOR RELIEF

WHEREFORE, PLANTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGMENT: GRANTING PLANTIFF FORD A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS JONES AND BAKER TO CEASE THEIR PHYSICAL VIOLENCE AND THREATS TOWARD PLANTIFF FORD. AND GRANTING PLANTIFF FORD COMPHENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.
PUNITIVE DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY
GRANTING PLANTIFF: GARANTEED PAROLE ON DATE: 12-1-2023
PLANTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY
PLANTIFF ALSO SEEK RECOVERY OF COST IN THIS SUIT, AND ANY ADDITIONAL

Relief this Court Deems Just, Proper, and Equitable.

Dated: 12-17-2020

Respectfully submitted,
Frederick Antonio Ford
AIS# 241963
1000 St. Clair Road
St. Clair Correctional Facility
Springville, Alabama 35146

## Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Springville, Alabama (12-17-2020)

Signature: Frederick Ford

United States District Court
Northern District of Alabama

Frederick Antonio Ford
Piantiff
v.
▓▓▓▓▓
Leutenant Baker &
Officer Co 1 Jones
Defendants

Motion For
Appointment of Counsel

Case No. ___N/A___

Piantiff moves for an order appointing counsel to represent him in this case. In support of this motion, Pursuant to 28 U.S.C. § 1915(e)(1) Piantiff states:

(1.) Piantiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

(2.) Piantiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Piantiff ▓▓▓▓▓ no access to the law library and limited knowledge of the law.

(3.) A trial in this case will likely involve conflicting testimony, and cousel would better enable Piantiff to present evidence and cross examine witnesses.

(4.) Piantiff has made repeated efforts to obtain a lawyer but didn't get any positive results.

WHEREFORE, PLAINTIFF Request That The Court APPOINT A MEMBER OF THE BAR, AS COUNSEL IN THIS CASE

12-17-2020
DATE

*Frederick Ford*
SIGNATURE

FREDERICK Ford
PRINT

1000 ST. CLAIR ROAD SPRINGVILLIE ALABAMA 35146
ADDRESS



FREDERICK ANTONIO FORD AIS# 241263
1000 St. Clair Road
St. Clair Correctional Facility
Springville, Alabama 35146

NEOPOST 12/18/2020
US POSTAGE $000.20
ZIP 35146
041M11440250

DEC 22 2020
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

3520332037 0005

SHARON N. HARRIS
(CLERK) Room #140
UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203