UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **FREDERICK ANTONIO FORD,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 4:20-cv-2051-RDP-GMB |
| **LIEUTENANT BAKER,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a Report and Recommendation on June 8, 2022, recommending that the court treat Defendants' special reports as motions for summary judgment and also that the court grant in part and deny in part the motions. (Doc. # 39). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that Recommendation, it is **ORDERED** that Defendants' motions for summary judgment are **GRANTED IN PART** as to Plaintiff's claims to terminate Defendants' employment and to grant him parole, as well as Plaintiff's claim against Baker in his official capacity. It is **FURTHER ORDERED** that Defendants' motions for summary judgment are **DENIED IN PART** as to Plaintiff's claims for excessive force against Jones and for failure to intervene against Baker.

This matter is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this July 7, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE